UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Nick Spears, et al.
*Individually, and on behalf of others similarly situated*

      Plaintiffs

    v.                                      Civil Action No. 1:20-10535-RGS

Medrobotics, Inc., et al.

      Defendants

ORDER OF ADMINISTRATIVE CLOSURE

February 11, 2022

STEARNS, D.J.

Pursuant to the court's Electronic Order entered on February 11, 2022, it is

ORDERED that the above-entitled action be, and hereby is, administratively closed.

By the court,

/s/ Arnold Pacho
Deputy Clerk